Argued and submitted December 22, 2009, reversed and remanded
January 27, 2010

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## KEVIN ANTHONY WRIGHT,
*Defendant-Appellant.*

Marion County Circuit Court
07C51533; A138252

225 P3d 149

Irene B. Taylor, Deputy Public Defender, argued the cause for appellant. With her on the brief was Peter Gartlan, Chief Defender, Appellate Division, Office of Public Defense Services.

Anna M. Joyce, Assistant Attorney General, argued the cause for respondent. With her on the brief were John R. Kroger, Attorney General, and Jerome Lidz, Solicitor General.

Before Wollheim, Presiding Judge, and Sercombe, Judge, and Edmonds, Senior Judge.

PER CURIAM

Reversed and remanded. *State v. Anderson*, 231 Or App 198, 217 P3d 1133 (2009).